IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

MICHAEL GLOVER,

       Plaintiff,

  v.

MICHAEL J. ASTRUE,
Comissioner of
Social Security

       Defendant.

Civil No. 09-484-AC

ORDER

MARSH, Judge.

    Magistrate Judge John V. Acosta filed his Findings and Recommendation on March 10, 2011. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. See §636(b)(1)(C); Simpson v. Lear Astronics Corp., 77 F.3d 1170, 1174-75 (9th Cir. 1996). Having reviewed the legal principles de novo, I find no error.

    Accordingly, I ADOPT Magistrate Judge Acosta's Findings and Recommendation #37. The Commissioner's decision is REVERSED AND REMANDED for the immediate calculation and award of benefits.

1 - ORDER

```
        IT IS SO ORDERED.

        DATED this 29   day of March, 2011.


                                    /s/ Malcolm F. Marsh
                                    Malcolm F. Marsh
                                    United States District Judge
```

2 - ORDER