James S. Coon, OSB# 771450
jcoon@stc-law.com
SWANSON, THOMAS & COON
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Ph. 503-228-5222   Fax 503-273-9175
Of Attorneys for Plaintiff

FILED

APR 21 2011

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL GLOVER,<br><br>       Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>       Defendant. | CV 09-484-AC<br><br>ORDER GRANTING<br>STIPULATED EAJA FEES,<br>COSTS AND EXPENSES |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,407.51 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff will be awarded $11.53 in expenses pursuant to 28 U.S.C. §§ 1920, 2412(d)(2). The court directs Defendant to issue checks to Plaintiff in care of his attorneys, Kimberly K. Tucker and James S. Coon, at their address: 820 SW 2nd Ave Ste 200, Portland OR 97204.

DATED this 20th day of April, 2011.

_____
United States District Judge
Magistrate

Presented by:
James S. Coon
Swanson, Thomas & Coon
Of Attorneys for Plaintiff